**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: NOMINATION PETITIONS OF    :   No. 156 WAL 2017
JAMES D. SELELYO (DEMOCRATIC)    :
CANDIDATE FOR MAGISTERIAL    :
DISTRICT JUDGE FOR DISTRICT 05-03-    :   Petition for Allowance of Appeal from
06    :   the Order of the Commonwealth Court
   :
   :
PETITION OF:   JOAN BONI    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.